Judge Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ONE (1) TOSHIBA SATELLITE LAPTOP COMPUTER, SERIAL NUMBER 74374707K, AND ANY AND ALL VISUAL IMAGES OF MINOR CHILDREN ENGAGED IN SEXUALLY EXPLICIT CONDUCT,<br><br>　　　　　　　Defendants. | NO. C08-0881RSM<br><br>DEFAULT JUDGMENT OF FORFEITURE |

Plaintiff, United States of America, filed its Verified Complaint for Forfeiture of the one (1) Toshiba satellite laptop computer, serial number 74374707K, and any and all visual images of minor children engaged in sexually explicit conduct, brought pursuant to Title 18, United States Code, Section 2254 for violations of Title 18, United States Code, Sections 2252(a)(2) and 2252(a)(4)(B).

Notice of the forfeiture action was published in the Daily Journal of Commerce on June 23, June 30, and July 7, 2008. All interested persons were advised to file their claims pursuant to Supplemental Rule G(5) of the Federal Rules of Civil Procedure with the Clerk of the Court within thirty (30) days after the date of the publication and to serve their Answers to the Complaint within twenty (20) days after the filing of a claim.

In addition, Plaintiff has served the Complaint, Notice of this action, and Warrant of Arrest on Dallas Carleton, Susan Carleton and all identified potential claimants to the

DEFAULT JUDGMENT FORFEITURE- 1
U.S. v. ONE (1) TOSHIBA SATELLITE LAPTOP COMPUTER, SERIAL NUMBER 74374707K, *et al.*
(Case No.: C08-0881RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

defendant one (1) Toshiba satellite laptop computer, serial number 74374707K, and any and all visual images of minor children engaged in sexually explicit conduct.

On July 8, 2008, the United States perfected personal service of the Complaint, Notice of this action and Warrant of arrest on both Susan Carleton and Dallas Carleton (Docket No. 4 and 5 respectively). Neither Susan Carleton nor Dallas Carleton has not filed a claim or answer to the complaint.

On October 10, 2008, on application of the United States, the Clerk of the Court entered an Order of Default as to the defendant one (1) Toshiba satellite laptop computer, serial number 74374707K, and any and all visual images of minor children engaged in sexually explicit conduct against Dallas Carleton, Susan Carleton, and any unknown persons who failed to file a claim.

More than thirty-five (35) days have elapsed since all possible claimants were served with the Complaint for Forfeiture and related documents. In addition, more than thirty (30) days have elapsed since the date notice of this action was published.

No other parties have filed claims and the time allowed for filing of such claims has expired.

Now, therefore, on motion of the Plaintiff, the United States of America, for a Default Judgment of Forfeiture, it is hereby

ORDERED, ADJUDGED and DECREED as follows:

1. This Court has jurisdiction over this action under Title 28, United States Code, Sections 1345 and 1355 and venue pursuant to Title 28, United States Code, Section 1395, and Title 18, United States Code, Section 2254(j).

2. The defendant one (1) Toshiba satellite laptop computer, serial number 74374707K, and any and all visual images of minor children engaged in sexually explicit conduct are hereby forfeited to the United States of America, and no right, title or interest in the above-described defendant property shall exist in any other party.

3. The United States Marshals Service shall dispose of the above-described assorted electronic equipment in accordance with law.

DEFAULT JUDGMENT FORFEITURE- 2
U.S. v. ONE (1) TOSHIBA SATELLITE LAPTOP COMPUTER, SERIAL NUMBER 74374707K, *et al.*
(Case No.: C08-0881RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

1     4.    The Clerk of the Court shall deliver three (3) "raised seal," certified copies of the Default Judgment of Forfeiture to the United States Marshals Service in Seattle, Washington.

DATED this 29th day of January, 2009.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Darwin P. Roberts*
DARWIN P. ROBERTS, WSBA #32539
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax:    206-553-6934
E-mail: darwin.roberts@usdoj.gov

DEFAULT JUDGMENT FORFEITURE- 3
U.S. v. ONE (1) TOSHIBA SATELLITE LAPTOP COMPUTER, SERIAL NUMBER 74374707K, *et al.*
(Case No.: C08-0881RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970